Filed          25-CI-01607     08/26/2025      Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

**COMMONWEALTH OF KENTUCKY**
**HARDIN CIRCUIT COURT**
**DIVISION __**
**CIVIL ACTION NO.: _____**

*Electronically Filed*

DORRIS H. KELLY and
DARRELYN J. KELLEY                                      **PLAINTIFFS**

v.

NOAH N. RODARTE

       **SERVE VIA LONG ARM STATUTE – SOS – RESTRICTED DELIVERY:**
       5657 Arlington Avenue
       Riverside, California 92504

MISER LOGISTICS, LLC                                    **DEFENDANTS**

       **SERVE VIA LONG ARM STATUTE – SOS – RESTRICTED DELIVERY:**
       Milan Virijevic
       655 Metro Place South, Suite 634
       Dublin, Ohio 43017

       **ALTERNATE SERVICE ADDRESS:**
       7055 Engle Road, Building 6, Suite 601
       Middleburg Heights, Ohio 44130

---

**COMPLAINT**

---

1. This action is brought on behalf of Plaintiffs, Dorris H. Kelley and Darrelyn J. Kelley, for bodily injuries and other damages sustained in a motor vehicle collision that occurred on May 26, 2025, on Interstate 65 South in Hardin County, Kentucky.

**PARTIES**

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000001 of 000007

Filed          25-CI-01607     08/26/2025      Deanna Simcoe, Hardin Circuit Clerk

Filed          25-CI-01607     08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

2. Plaintiffs, Dorris H. Kelley and Darrelyn J. Kelley, are, and at all times relevant to this action were, husband and wife and adult resident citizens of Kentucky, residing at 12949 State Route 270 West, Clay, Kentucky 42404.

3. Upon information and belief, Defendant, Noah N. Rodarte, is an adult resident of California, residing at 5657 Arlington Avenue, Riverside, California 92504. At all times relevant hereto, Mr. Rodarte was acting within the course and scope of his employment and/or agency with Miser Logistics, LLC.

4. Defendant, Miser Logistics, LLC, is a limited liability company organized under the laws of the State of Ohio, with its principal place of business located at 655 Metro Place South, Suite 634, Dublin, Ohio 43017.

5. The motor vehicle collision that forms the basis of this action occurred on or about May 26, 2025, in Elizabethtown, Hardin County, Kentucky.

6. Venue is proper in this Court pursuant to KRS 452.450 because the cause of action arose in Hardin County, Kentucky.

7. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

### FACTS

8. Plaintiffs adopt and incorporate by reference each of the previous paragraphs as if set forth fully herein.

9. On or about May 26, 2025, at approximately 6:33 p.m., Plaintiff, Dorris H. Kelley, was operating a 2019 Honda Odyssey traveling southbound on Interstate 65 in Hardin County, Kentucky. Plaintiff, Darrelyn J. Kelley, was a passenger in the vehicle.

10. At that same time and place, a commercial tractor-trailer operated by Defendant, Noah N. Rodarte, was traveling southbound on Interstate 65 in Hardin County, Kentucky.

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000002 of 000007

Filed          25-CI-01607     08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed                25-CI-01607    08/26/2025              Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

11. At that same time and place, traffic in the southbound lanes of Interstate 65 had slowed or stopped due to the Hardin County Sheriff's Office conducting traffic control for a prior collision, with emergency lights activated and the right lane closed.

12. Plaintiff, Dorris H. Kelley, properly slowed his vehicle in response to the traffic control situation ahead.

13. Defendant, Noah N. Rodarte, failed to maintain a proper lookout and failed to slow his commercial vehicle in response to the clearly visible traffic control situation and slowed traffic ahead.

14. Defendant Noah N. Rodarte failed to slow his commercial vehicle and rear-ended Plaintiffs' vehicle with tremendous force.

15. The collision caused severe and permanent injuries to both Plaintiffs, Dorris H. Kelley and Darrelyn J. Kelley.

16. Both Plaintiffs were transported to Baptist Health Hardin for treatment of their injuries.

17. Plaintiff, Dorris H. Kelley, suffered severe, catastrophic, and permanent injuries, was subsequently airlifted to the University of Louisville Hospital, and remains hospitalized for ongoing treatment.

18. Plaintiff, Darrelyn J. Kelley, suffered severe, catastrophic, and permanent injuries.

19. As a result of the collision, both Plaintiffs have suffered serious, permanent, and catastrophic injuries requiring ongoing medical treatment and care.

### COUNT I
### COMMON LAW NEGLIGENCE AND GROSS NEGLIGENCE OF DEFENDANTS NOAH N. RODARTE AND MISER LOGISTICS, LLC

20. Plaintiffs adopt and incorporate by reference each of the previous paragraphs as if set forth fully herein.

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000003 of 000007

Page 3

Filed          25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

21. At all times relevant hereto, Defendant Noah N. Rodarte was operating a commercial vehicle within the line and scope of his employment with and/or for the benefit of Miser Logistics, LLC.

22. The actions of Defendant Noah N. Rodarte caused significant injuries to the Plaintiffs as described herein.

23. Defendant Noah N. Rodarte was acting as an agent, servant, or employee of Defendant Miser Logistics, LLC and was acting within the line and scope of his employment or agency at all times material hereto.

24. Plaintiffs aver that Defendant Noah N. Rodarte, acting as agent or servant or employee of Defendant Miser Logistics, LLC, negligently and recklessly failed to keep a proper lookout, failed to maintain a safe following distance, failed to reduce speed when approaching stopped or slowed traffic, failed to follow standards for the safe operation of a commercial tractor-trailer, and caused, allowed, or permitted the vehicle he was operating to collide with Plaintiffs' vehicle. Plaintiffs further aver that Defendant Miser Logistics LLC is vicariously liable for the acts of defendant Noah N. Rodarte.

25. Plaintiffs aver that Defendant Noah N. Rodarte negligently and recklessly, consciously disregarded the rights and safety of others in the operation of his commercial vehicle causing the collision at issue.

26. Plaintiffs aver that defendant Miser Logistics, LLC was negligent in its hiring, training, supervision, and retention of Noah N. Rodarte with respect to the operation of commercial vehicles on the public roadways.

27. As a direct and proximate result of the conduct of Defendants Noah N. Rodarte and Miser Logistics, LLC, Plaintiff Dorris H. Kelley suffered damages including, but not limited to:

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000004 of 000007

Filed          25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

Filed    25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:16:35 PM
88679

a. Bodily injuries requiring medical treatment;

b. Past, present and future physical pain, emotional distress, mental anguish and suffering;

c. Permanent scarring and disfigurement;

d. Past and future medical and pharmaceutical bills and other expenses;

e. Lost wages and diminished earning capacity; and

f. Property damage.

28. As a direct and proximate result of the conduct of Defendants Noah N. Rodarte and Miser Logistics, LLC, Plaintiff Darrelyn J. Kelley suffered damages including, but not limited to:

a. Bodily injuries requiring medical treatment;

b. Past, present and future physical pain, emotional distress, mental anguish and suffering;

c. Permanent scarring and disfigurement;

d. Past and future medical and pharmaceutical bills and other expenses;

e. Lost wages and diminished earning capacity; and

f. Property damage.

## COUNT II
## LOSS OF CONSORTIUM

29. Plaintiffs adopt and incorporate by reference each of the previous paragraphs as if set forth fully herein.

30. Plaintiff Darrelyn J. Kelley avers that the reckless and negligent conduct of the Defendants as described herein has caused such injuries to her husband, Dorris H. Kelley, that she has been caused to suffer the loss of companionship, company, intimacy, comfort, and

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000005 of 000007

Page 5

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

assistance that her husband was typically and commonly able to provide in their marriage prior to the subject incident.

## COUNT III
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

31. Plaintiffs adopt and incorporate by reference each of the previous paragraphs as if set forth fully herein.

32. Plaintiff Darrelyn J. Kelley avers that the reckless and negligent conduct of the Defendants as described herein has caused her to suffer severe mental stress and emotional injuries that no reasonable person can be expected to endure under the circumstances.

33. Plaintiff Dorris H. Kelley avers that the reckless and negligent conduct of the Defendants as described herein has caused him to suffer severe mental stress and emotional injuries that no reasonable person can be expected to endure under the circumstances.

**WHEREFORE**, Plaintiffs demand judgment against Defendants as follows:

a. A trial by jury on all issues of fact herein;

b. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

c. For prejudgment interest from the date of the Plaintiffs' injuries until such time the judgment is paid;

d. For Plaintiffs' costs herein expended; and

e. For any and all other relief to which Plaintiffs are entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000006 of 000007

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:16:35
PM
88679

Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action. Pursuant to KRS 411.188(4) the parties notified pursuant to KRS 411.188(2) are as follows:

**Intellivo**
PO Box 172207
Memphis, TN 38187-2207

**RESPECTFULLY** submitted this 26th day of August, 2025.

/s/ *Jonathan B. Fannin*
Jonathan B. Fannin, Esq.
Carl W. Walter II, Esq.
**MINNER VINES INJURY LAWYERS PLLC**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Email: jonathan@mvmlaw.com
        carl@mvmlaw.com
*Counsel for Plaintiffs*

**PLAINTIFFS DEMAND TRIAL BY STRUCK JURY**

Presiding Judge: HON. LARRY ASHLOCK (609463)

COM : 000007 of 000007

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk



| AOC-E-105       Sum Code: CI | | Case #: **25-CI-01607** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | **CIVIL SUMMONS** | County: **HARDIN** |
| Court of Justice    *Courts.ky.gov* | | |
| CR 4.02; Cr Official Form 1 | | |

*NOT ORIGINAL DOCUMENT*
*09/25/2025 03:16:44 PM*
88679

*Plantiff,* **KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL**, *Defendant*

TO:  **NOAH N.  RODARTE**

**5657 ARLINGTON AVENUE**

**RIVERSIDE, CA 92504**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: **8/26/2025**

Presiding Judge: HON. LARRY ASHLOCK (609463)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000406321
CIRCUIT: 25-CI-01607 Long Arm Statute – SOS - Restricted Delivery
KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL

Page 1 of 1



eFiled



AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice       *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-01607**
Court: **CIRCUIT**
County: **HARDIN**

NOT ORIGINAL
09/25/2025 03:16:50 PM
88679

DOCUMENT

---

*Plantiff,* **KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL**, *Defendant*

TO:  **MISER LOGISTICS, LLC**

**7055 ENGLE ROAD**

**BUILDING 6, SUITE 601**

**CLEVELAND, OH 44130**

The Commonwealth of Kentucky to Defendant:
**MISER LOGISTICS, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Doug Swim*

Hardin Circuit Clerk
Date: **8/26/2025**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000406322
CIRCUIT: 25-CI-01607 Long Arm Statute – SOS - Restricted Delivery
KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. LARRY ASHLOCK (609463)

CI : 000001 of 000001

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-01607**
Court: **CIRCUIT**
County: **HARDIN**

NOT ORIGINAL
09/25/2025 03:16:55 PM

DOCUMENT

88679

*Plantiff,* **KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL**, *Defendant*

TO: **MILAN VIRIJEVIC**

   **655 METRO PLACE SOUTH**

   **SUITE 634**

   **DUBLIN, OH 43017**

Memo: Related party is MISER LOGISTICS, LLC

The Commonwealth of Kentucky to Defendant:
**MISER LOGISTICS, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Hardin Circuit Clerk
Date: **8/26/2025**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000406323
CIRCUIT: 25-CI-01607 Long Arm Statute – SOS - Restricted Delivery
KELLEY, DORRIS H. ET AL VS. RODARTE, NOAH N. ET AL



Page 1 of 1

eFiled

Presiding Judge: HON. LARRY ASHLOCK (609463)

CI : 000001 of 000001

Filed          25-CI-01607          08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:12 PM
88679

**COMMONWEALTH OF KENTUCKY**
**HARDIN CIRCUIT COURT**
**CIVIL ACTION NO.: 25-CI-01607**

*Electronically Filed*

| | |
|---|---|
| DORRIS H. KELLEY and DARRELYN J. KELLEY | PLAINTIFFS |
| v. | |
| NOAH RODARTE, et al. | DEFENDANTS |

---

## NOTICE OF DEPOSITION SUBPOENA DUCES TECUM

---

**TO:**
Ego Express Inc.

**DATE AND TIME:**
September 29, 2025 at 9:00 a.m. EST

**LOCATION:**
Minner Vines Injury Lawyers, PLLC
325 West Main Street, Suite 210
Lexington, Kentucky 40507

**TO BE SERVED UPON:**
Aleksandar Mimic
225 North Arlington Heights Road
Suite 105
Elk Grove Village, Illinois 60007

 **PLEASE TAKE NOTICE** at the above-stated date, time, and location, Plaintiffs will, by inspection and examination, take the testimony of the deponent for the purpose of discovery and/or use as evidence in the action before the court reporter or some other duly qualified officer in accordance with the Kentucky Rules of Civil Procedure. Said subpoena will require the production of the **certified** copies of the documents or things identified in the subpoena or will require

NTD : 000001 of 000005

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:12 PM
88679

permission be given to enter upon and/or inspect the land or other property at the time and place specified in the subpoena.

## SUBPOENA DUCES TECUM

The deponent shall produce the following records in certified form at the time and place specified above:

1. Any and all lease agreements between Ego Express Inc. and Miser Logistics, LLC.

2. Any and all lease agreements concerning the 2023 International Tractor, VIN # 3HSDZAPRXPN219817.

3. Any and all lease agreements concerning the trailer, VIN # 1JJV532D3PL367872, Title # 22074692502.

4. Any and all contracts, agreements, or other documents concerning the rental, lease, or use of any tractors and/or trailers between Ego Express Inc. and Miser Logistics, LLC.

5. Any and all documents, including correspondence, concerning the May 26, 2025 collision involving Noah Rodarte.

6. Any and all documents, including but not limited to bills of lading, lease agreements, broker agreements, and insurance agreements, concerning the trip undertaken by Noah Rodarte at the time of the May 26, 2025 collision.

7. Any and all insurance agreements, policies, declaration pages, endorsements, binders, or other documents of insurance in effect on May 26, 2025, which may afford coverage or indemnity to any person, firm, or entity for any claim, loss, or damage arising out of or related to the motor vehicle collision on May 26, 2025, in Hardin County, Kentucky, involving Noah Rodarte and Miser Logistics, LLC. This request includes, but is not limited to:

NTD : 000002 of 000005

Filed          25-CI-01607     08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:12 PM
88679

a) Primary, excess, umbrella, or surplus lines policies;

b) Commercial and personal automobile policies;

c) General liability policies;

d) Any policy under which a defense or indemnity may be owed; and

e) Any reservation of rights letters or coverage position statements issued in connection with the incident.

8. The trailer identified in Item 3, for inspection and photographing by Plaintiffs' counsel and/or experts.

The requested documentation shall be used for any and all purposes permitted under the Kentucky Rules of Civil Procedure, including use as evidence at trial. In accordance with CR 45.04(3), the deponent may, in lieu of appearance, produce the requested documents in response to this subpoena duces tecum.

Respectfully submitted,

/s/ Jonathan B. Fannin
Jonathan B. Fannin, Esq.
Carl W. Walter II, Esq.
**MINNER VINES INJURY LAWYERS PLLC**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Facsimile: (859) 550-2902
Email: jonathan@mvmlaw.com
*Counsel for Plaintiffs*

NTD : 000003 of 000005

Filed    25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:12
PM
88679

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Hardin Circuit Court by use of the electronic filing system, and that on this the 28th day of August, 2025, service of same was made by U.S. Certified Mail, return receipt requested, upon:

**Aleksandar Mimic**
225 North Arlington Heights Road
Suite 105
Elk Grove Village, Illinois 60007
*Registered Agent of Service for Deponent,*
*Ego Express Inc.*

Further, Plaintiffs will comply with the requirements of the Illinois Uniform Interstate Depositions and Discovery Act, 735 ILCS 35/1 et seq., by submitting this Kentucky subpoena to the Clerk of the Circuit Court of Cook County, Illinois, for issuance of a corresponding Illinois subpoena.

*/s/ Jonathan B. Fannin*
Jonathan B. Fannin, Esq.

Filed    25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:12
PM

| | | |
|---|---|---|
| AOC-025.1    Doc. Code: RS<br>Rev. 1-22<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    www.kycourts.gov<br><br>CR 45 | <br>**CIVIL**<br>❑ **SUBPOENA**<br>☑ **SUBPOENA DUCES TECUM** | Case No. 25-CI-01607<br>Court CIRCUIT<br>County Hardin<br>Date 08/28/2025    88679 |

DORRIS H. KELLEY and DARRELYN J. KELLEY                  PLAINTIFFS

VS

NOAH RODARTE, et al.                  DEFENDANTS

**The Commonwealth of Kentucky to:**

Name Ego Express Inc.

Address 225 North Arlington Heights Road, Suite 105

Elk Grove Village, Illinois 60007

**You are commanded to appear before:** (*select one of three choices*)

❑ _____ Court    ❑ The Grand Jury of _____ County

❑ Other  Jonathan B. Fannin, Esq.

**You are to appear at:** Minner Vines Injury Lawyers, PLLC, 325 West Main Street, Suite 210, Lexington, KY 40507

on the 29th day of September , 2 025 at 9:00 ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time

  ❑ To testify in behalf of _____

  ☑ To produce  Pursuant to CR 45, the documents and records described in the attached Notice of Subpoena Decus Tecum.

  ❑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** See attached Notice of Subpoena Duces Tecum for full list of requested documents, including: any and all lease agreements concerning the 2023 International Tractor VIN # 3HSDZAPRXPN219817 and trailer VIN #1JJV532D3PL367872, Title # 22074692502.

on the 29th day of September , 2 025 at 9:00 ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time

at the following address: Minner Vines Injury Lawyers, PLLC, 325 West Main Street, Suite 210, Lexington, KY 40507

| | |
|---|---|
| Jonathan B. Fannin, Esq.<br>Issuing Officer/Attorney Licensed in Kentucky<br><br>By: **/s/ Jonathan B. Fannin** | Jonathan B. Fannin, Esq.<br>Name of Requesting Attorney/Pro-Se Party<br>325 West Main Street, Suite 210<br>Lexington, Kentucky 40507<br>Address<br>Phone #  (859) 550-2900<br>E-mail: jonathan@mvmlaw.com |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____

_____

This _____ day of _____ , 2_____    By: _____

Filed    25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk    Title

NTD : 000005 of 000005

Filed    25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT

09/25/2025 03:17:18
PM

88679

**COMMONWEALTH OF KENTUCKY**
**HARDIN CIRCUIT COURT**
**CIVIL ACTION NO.: 25-CI-01607**

*Electronically Filed*

DORRIS H. KELLEY and
DARRELYN J. KELLEY                                          PLAINTIFFS

v.

NOAH RODARTE, et al.                                        DEFENDANTS

---

### NOTICE OF DEPOSITION SUBPOENA DUCES TECUM

---

**TO:**
Super Ego Holding LLC

**DATE AND TIME:**
September 29, 2025 at 9:00 a.m. EST

**LOCATION:**
Minner Vines Injury Lawyers, PLLC
325 West Main Street, Suite 210
Lexington, Kentucky 40507

**TO BE SERVED UPON:**
Vladimir Tripkovic
677 North Larch Avenue
Elmhurst, Illinois 60126

 **PLEASE TAKE NOTICE** at the above-stated date, time, and location, Plaintiffs will, by

inspection and examination, take the testimony of the deponent for the purpose of discovery and/or

use as evidence in the action before the court reporter or some other duly qualified officer in

accordance with the Kentucky Rules of Civil Procedure. Said subpoena will require the production

of the **certified** copies of the documents or things identified in the subpoena or will require

NTD : 000001 of 000005

Filed          25-CI-01607    08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:18 PM
88679

permission be given to enter upon and/or inspect the land or other property at the time and place specified in the subpoena.

## SUBPOENA DUCES TECUM

The deponent shall produce the following records in certified form at the time and place specified above:

1. Any and all lease agreements between Super Ego Holding LLC and Miser Logistics, LLC.

2. Any and all lease agreements concerning the 2023 International Tractor, VIN # 3HSDZAPRXPN219817.

3. Any and all lease agreements concerning the trailer, VIN # 1JJV532D3PL367872, Title # 22074692502.

4. Any and all contracts, agreements, or other documents concerning the rental, lease, or use of any tractors and/or trailers between Super Ego Holding LLC and Miser Logistics, LLC.

5. Any and all documents, including correspondence, concerning the May 26, 2025 collision involving Noah Rodarte.

6. Any and all documents, including but not limited to bills of lading, lease agreements, broker agreements, and insurance agreements, concerning the trip undertaken by Noah Rodarte at the time of the May 26, 2025 collision.

7. Any and all insurance agreements, policies, declaration pages, endorsements, binders, or other documents of insurance in effect on May 26, 2025, which may afford coverage or indemnity to any person, firm, or entity for any claim, loss, or damage arising out of or related to the motor vehicle collision on May 26, 2025, in Hardin County, Kentucky, involving Noah Rodarte and Miser Logistics, LLC. This request includes, but is not limited to:

NTD : 000002 of 000005

Filed          25-CI-01607          08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:18
PM
88679

a) Primary, excess, umbrella, or surplus lines policies;

b) Commercial and personal automobile policies;

c) General liability policies;

d) Any policy under which a defense or indemnity may be owed; and

e) Any reservation of rights letters or coverage position statements issued in connection with the incident.

8. The trailer identified in Item 3, for inspection and photographing by Plaintiffs' counsel and/or experts.

The requested documentation shall be used for any and all purposes permitted under the Kentucky Rules of Civil Procedure, including use as evidence at trial. In accordance with CR 45.04(3), the deponent may, in lieu of appearance, produce the requested documents in response to this subpoena duces tecum.

Respectfully submitted,

/s/ Jonathan B. Fannin
Jonathan B. Fannin, Esq.
Carl W. Walter II, Esq.
**MINNER VINES INJURY LAWYERS PLLC**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Facsimile: (859) 550-2902
Email: jonathan@mvmlaw.com
*Counsel for Plaintiffs*

NTD : 000003 of 000005

Filed          25-CI-01607     08/26/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:18
PM
88679

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Hardin Circuit Court by use of the electronic filing system, and that on this the 28th day of August, 2025, service of same was made by U.S. Certified Mail, return receipt requested, upon:

**Vladimir Tripkovic**
677 North Larch Avenue
Elmhurst, Illinois 60126
*Registered Agent of Service for Deponent,*
*Super Ego Holding LLC*

Further, Plaintiffs will comply with the requirements of the Illinois Uniform Interstate Depositions and Discovery Act, 735 ILCS 35/1 et seq., by submitting this Kentucky subpoena to the Clerk of the Circuit Court of DuPage County, Illinois, for issuance of a corresponding Illinois subpoena.

/s/ Jonathan B. Fannin
Jonathan B. Fannin, Esq.

NTD : 000004 of 000005

Filed          25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT

PM

09/25/2025 03:17:18

88679

| | | |
|---|---|---|
| AOC-025.1    Doc. Code: RS | | Case No. _____ |
| Rev. 1-22 | CIVIL | Court _____ |
| Page 1 of 1 | | County _____ |
| | | Date _____ |

Commonwealth of Kentucky
Court of Justice    www.kycourts.gov

CR 45

**CIVIL**
❑ **SUBPOENA**
❑ **SUBPOENA DUCES TECUM**

_____    **PLAINTIFFS**

**VS**

_____    **DEFENDANTS**

**The Commonwealth of Kentucky to:**

Name _____

Address _____

_____

**You are commanded to appear before:**  (*select one of three choices*)
❑ _____ Court    ❑ The Grand Jury of _____ County
❑ Other _____

**You are to appear at:** _____
_____

on the _____ day of _____, 2_____ at _____ ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time

   ❑ To testify in behalf of _____
   ❑ To produce _____
_____
   ❑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** _____
_____
_____
on the _____ day of _____, 2_____ at _____ ❑ a.m. OR ❑ p.m. ❑ Eastern ❑ Central Time
at the following address: _____

| | |
|---|---|
| Jonathan B. Fannin, Esq.<br>_____<br>Issuing Officer/Attorney Licensed in Kentucky<br><br>By: _/s/ Jonathan B. Fannin_____ | _____<br>Name of Requesting Attorney/Pro-Se Party<br>_____<br>_____<br>Address<br>Phone # _____<br>E-mail: _____ |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: _____
_____
This _____ day of _____, 2_____    By: _____
_____
Title

Filed          25-CI-01607    08/26/2025    Deanna Simcoe, Hardin Circuit Clerk

NTD : 000005 of 000005

Filed          25-CI-01607      09/04/2025          Deanna Simcoe, Hardin Circuit Clerk

**DOCUMENT**

**03:17:22 PM**



**Commonwealth of Kentucky**
**Office of the Secretary of State**

NOT ORIGINAL

**09/25/2025**

**88679**

Michael G. Adams
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

Circuit Court Clerk
Hardin County
120 East Dixie Ave.
Ste. 1
Elizabethtown, KY 42701

FROM:          SUMMONS DIVISION
               SECRETARY OF STATE

RE:            CASE NO: 25-CI-01607

DEFENDANT:     MISER LOGISTICS, LLC

DATE:          September 4, 2025

USPS Certified Mail ID:    9202992267700103362776

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

August 26, 2025

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

August 27, 2025

We are enclosing the return receipt confirming receipt of summons.

COR : 000001 of 000002

DOCUMENT

Filed         25-CI-01607    09/04/2025        Deanna Simcoe, Hardin Circuit Clerk    09/25/2025

03:17:22

88679

**UNITED STATES**
**POSTAL SERVICE**

September 4, 2025

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 3627 76**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 4, 2025, 11:10 am |
| **Location:** | CLEVELAND, OH 44130 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Melissa Pute* |
| Address of Recipient: | *7055 Engle # 601* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

COR : 000002 of 000002

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

**COMMONWEALTH OF KENTUCKY**
**HARDIN CIRCUIT COURT**
**DIVISION 3**
**CIVIL ACTION NO.: 25-CI-01607**

*Electronically Filed*

DORRIS H. KELLEY and
DARRELYN J. KELLEY                                                PLAINTIFFS

v.

NOAH N. RODARTE, et al.                                          DEFENDANTS

---

**PLAINTIFFS DORRIS H. KELLEY AND DARRELYN J. KELLEY'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED ON DEFENDANT MISER LOGISTICS, LLC**

---

Come now the Plaintiffs, Dorris H. Kelley and Darrelyn J. Kelley, by counsel, and propound the following Interrogatories and Requests for Production of Documents to Defendant, Miser Logistics, LLC, to be answered by Defendant pursuant to the *Kentucky Rules of Civil Procedure*.

**INSTRUCTIONS AND DEFINITIONS**

A.   All information requested must be provided in writing, under oath, and include all information within your possession or control, as well as that of your attorney, investigators, agents, employees, or any other representatives acting on your behalf, including your insurance company.

B.   Responses must be complete and specific; incomplete or evasive answers will be considered equivalent to a failure to respond.

C.   You are under a continuing obligation to promptly supplement your responses if new information becomes available or if you discover that a previous response was incomplete or incorrect.

Page **1** of **20**

IRPD : 000001 of 000020

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

D.   The term "information" includes any form of written or graphical material, regardless of how it is produced or reproduced. This includes, but is not limited to, original documents, copies, drafts, emails, letters, photographs, video recordings, reports, memoranda, contracts, receipts, invoices, electronic files, and any other records kept in hard copy or electronically stored formats.

E.   To "identify" a document means to provide a description of the document, including its subject matter, the names of the parties who prepared and received it, its date, any identifying number or code, and the current custodian. As an alternative, the document itself may be attached to the response, provided that any identifying information not evident on the document's face is explicitly stated.

F.   To "identify" a natural person means to provide the person's full name, current residential address, telephone number, and, if applicable, the name, address, and telephone number of their current employer or business.

G.   The term "describe in detail" requires a complete explanation, specifying underlying facts and details, including dates, locations, and the identities of all persons involved.

H.   The term "Plaintiffs" refer to Dorris & Darrelyn Kelley, and the term "Defendant" refers to Miser Logistics, LLC.

I.   The terms "the incident" or "the collision" refer to the motor vehicle collision that occurred on May 26, 2025, which is the subject of this litigation.

J.   The words "person" or "persons" include individuals, entities, sole proprietorships, associations, companies, partnerships, corporations, and any other organizational forms. To "identify" a person or entity includes providing their name, address, telephone number, email

Page **2** of **20**

IRPD : 000002 of 000020

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

address, place of employment, job title, and, if applicable, details of their affiliation with any party to this litigation.

K. The term "you" includes the individual(s) answering these discovery requests and any representatives, employees, agents, or guardians acting on their behalf.

L. The term "relating to" or "relates to" encompasses anything that constitutes, contains, embodies, reflects, refers to, or pertains to the specified subject.

M. "Truck" and/or "Semi" means the commercial truck and trailer operated by Noah N. Rodarte on the date of the incident made the basis of this suit.

N. "Expert" herein refers to any person who is now employed by you or was employed by you for the purpose of this litigation or for preparation of this litigation for trial.

O. "Run" means the trip that Defendant Noah N. Rodarte was making at the time of this incident.

P. "Plaintiffs' vehicle" means the vehicle being operated by Dorris H. Kelley on the date of the incident made the basis of this suit.

Q. If you assert a privilege or claim protection for any information or documents, expressly state the basis of the privilege or protection, and provide a description sufficient to allow assessment of the claim, including the nature of the communication, document, or item withheld.

R. If any Interrogatory cannot be fully answered, provide a partial answer with an explanation for the incompleteness and specify the knowledge, information, or belief you have regarding the unanswered or partially answered portion.

S. Words used in the singular shall be interpreted to include the plural and vice versa. Similarly, words in the masculine shall include the feminine and vice versa. The terms "or" and "and"

IRPD : 000003 of 000020

Filed                25-CI-01607    09/10/2025        Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:28 PM
88679

shall be interpreted to include both disjunctive and conjunctive meanings, and the terms "each," "every," "any," and "all" shall be considered interchangeable where appropriate.

## INTERROGATORIES

Pursuant to CR 33.01(3), please answer the following interrogatories, which shall not be included when calculating the total number of interrogatories propounded by Plaintiffs:

A)    The name and address of the person(s) responding to these interrogatories.

B)    The names and addresses of any witnesses of any witnesses.

C)    Whether the person(s) responding to this discovery is/are willing to supplement the answers provided to this discovery if information subsequently becomes available.

**ANSWER:**

**INTERROGATORY NO. 1:** State the name, address, telephone number, and place of employment of each person known by you or your counsel who may have any knowledge of the facts, claims, and/or damages underlying this matter, without regard to whether you intend to call any such person as a witness at trial, and state if the Defendant has obtained and/or is aware of any statement from any such person, any party hereto, any witness, and/or any individual with said knowledge. In your answer, specifically identify any and all persons who may possess knowledge of any of the issues involved in this matter or knowledge which may lead to the discovery of relevant information including, but not limited to, any and all persons who have any knowledge of relevant facts about the subject collision, the aftermath of the subject collision, the subject matter of this litigation, any parties to this litigation, and/or Dorris H. Kelley or Darrelyn J. Kelley's injuries and/or damages.

**ANSWER:**

Filed                25-CI-01607    09/10/2025        Deanna Simcoe, Hardin Circuit Clerk

IRPD : 00004 of 000020

Filed          25-CI-01607     09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

**INTERROGATORY NO. 2:** Was the commercial truck equipped with any sort of camera(s) and/or recording device(s) and/or surveillance program(s) at the time of the subject collision? If your answer is affirmative, please describe the location of the camera(s), recording device(s), and/or surveillance program(s).

**ANSWER**:

**INTERROGATORY NO. 3:** At the time of the collision, was Defendant Noah N. Rodarte acting as an agent and/or employee of Miser Logistics, LLC and/or otherwise carrying out business on behalf of Miser Logistics, LLC? If your answer is affirmative, please identify whether Defendant Rodarte was an employee, agent, and/or otherwise carrying out business on behalf of Miser Logistics, LLC?

**ANSWER:**

**INTERROGATORY NO. 4:** On the date of the subject collision, please identify:

a) The number of times you or any of your employees, agents, and/or affiliates communicated with Defendant Noah N. Rodarte;

b) The identity of each individual who communicated with Defendant Rodarte;

c) The manner of each said communication (i.e. via cellular telephone, text message, radio transmission, etc.);

d) The location of the individual who communicated with Defendant Rodarte at or around the time of each said communication;

e) The location of Defendant Rodarte at or around the time of each said communication;

f) The topic of each said communication;

g) The approximate time of each said communication; and

Page **5** of **20**

IRPD : 000005 of 000020

Filed          25-CI-01607    09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

h) Whether each said communication occurred before or after the subject collision.

**ANSWER:**

**INTERROGATORY NO. 5:** Please provide a detailed description of the Run including the date and time Defendant Noah N. Rodarte reported for duty, the date, time, and location at which Defendant Rodarte picked up the Tractor, date, time, and location at which Defendant Rodarte picked up the Trailer, Defendant Rodarte's pre-trip inspection, each time Defendant Rodarte stopped, where Defendant Rodarte stopped, how long Defendant Rodarte stopped, what Defendant Rodarte did during each stop, the route Defendant Rodarte took from the time he departed on the Run though the time of the collision, all individuals with which Defendant Rodarte communicated during the Run, the route Defendant Rodarte intended to take to complete the Run had the collision no occurred, the stops Defendant Rodarte intended to make after passing through the location of subject collision, and the date, time, and location Defendant Rodarte was required to deliver the load which Defendant Rodarte was hauling at the time of the collision.

**ANSWER**:

**INTERROGATORY NO. 6:** Please identify all driver education and safety training of which you are aware that Defendant Noah N. Rodarte obtained prior to the subject collision, including in your answer all known detail including, but not limited to, an explanation of the place and time at which the education or training occurred, a description of what the education or training consisted of, all facts known to you concerning the individual's performance in the educational program or training, and the identification of any records of which you are aware evidencing the driver education and safety training.

**ANSWER:**

**INTERROGATORY NO. 7:** Is the Defendant aware of any recordings (including

IRPD : 000006 of 000020

Filed          25-CI-01607    09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

photographs, images, videos, surveillance, and/or audio) of the subject incident, the commercial truck and/or the Plaintiffs' vehicle immediately prior to the subject incident, and/or the immediate aftermath of the incident? If your answer is affirmative, please identify the current location of said recording(s), the camera and/or device which recorded same, the individual, entity, and/or authority which captured the recording, and the identity of each employee, agent, and/or representative of the Defendant (including any insurance adjuster) who viewed said recording(s).

**ANSWER**:

**INTERROGATORY NO. 8:** Did the truck being driven by Noah N. Rodarte at the time of the incident made the basis of this suit have any defects known to Miser Logistics, LLC?

**ANSWER:**

**INTERROGATORY NO. 9:** Identify all records of which you are aware which reflect Defendant Noah N. Rodarte's:

a) Hours of service in the thirty (30) days leading up to and including May 26, 2025;

b) Compliance with applicable law and regulations relating to the operation of a commercial vehicle;

c) Qualification for operation of the commercial motor vehicle in issue in this action;

d) Drug and alcohol testing following the subject collision, and

e) History as an operator of a commercial motor vehicle including, but not limited to, disciplinary history, non-preventable accidents, preventable accidents, performance reviews, criminal charges or convictions, traffic

IRPD : 000007 of 000020

Filed          25-CI-01607          09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

offenses, medical fitness for operation of a commercial motor vehicle, employment history, education, training, and experience.

**ANSWER:**

**INTERROGATORY NO. 10:** When is the last time prior to the incident made the basis of this suit that said truck operated by Noah N. Rodarte on May 26, 2025, had been serviced?

**ANSWER:**

**INTERROGATORY NO. 11:** Identify each and every policy of insurance which was in effect at the time of the incident covering Noah N. Rodarte, Miser Logistics, LLC, and/or any related entity, employee, agent, representative, contractor, and/or authorized operator and/or the commercial truck, and/or any injuries and/or damages sustained as a result of the subject incident or potentially covering injuries and/or damages sustained as a result of the subject collision including those injuries and damages alleged by Plaintiffs including, but not limited to, liability policy (or policies) and/or policies providing excess coverages including, but not limited to, umbrella policies – regardless of whether you believe said policy (or policies) of insurance provides (or provide) coverage for the damages and claims alleged in the above-styled action. To clarify, "identify" includes providing the following information: name and address of the insurance company, policy number, limits of coverage, and a statement regarding any such insurance company which has raised any question about policy coverage.

**ANSWER:**

**INTERROGATORY NO. 12:** Please identify the individual(s) and entity(ies) which possessed an ownership interest in Miser Logistics, LLC. As to each, please describe the nature of that ownership interest.

**ANSWER:**

Page **8** of **20**

Filed          25-CI-01607          09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

IRPD : 00008 of 000020

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

**INTERROGATORY NO. 13:** Please describe the content, process and/or method and results thereof for any background check conducted on Noah N. Rodarte.

**ANSWER:**

**INTERROGATORY NO. 14:** What is your understanding of how the incident made the basis of this suit occurred?

**ANSWER:**

**INTERROGATORY NO. 15:** Did Noah N. Rodarte meet your expectations as a driver for Miser Logistics, LLC on the occasion of the incident made the basis of this suit?

**ANSWER:**

**INTERROGATORY NO. 16:** Do you have any criticisms of Noah N. Rodarte's operation of the vehicle at the time of the incident made the basis of this suit?

**ANSWER:**

**INTERROGATORY NO. 17:** State the current location of the vehicle made the basis of this suit and describe in detail any changes and/or alterations to any aspect of that vehicle following the incident.

**ANSWER:**

**INTERROGATORY NO. 18:** When is the next date after May 26, 2025, that Noah N. Rodarte operated a vehicle on behalf of Miser Logistics, LLC?

**ANSWER:**

**INTERROGATORY NO. 19:** Has Miser Logistics, LLC changed any procedures, policies or instituted any new operational guidelines as a result of the incident made the basis of this suit?

**ANSWER**:

**INTERROGATORY NO. 20:** Has Noah N. Rodarte been fired, suspended or otherwise

Page **9** of **20**

IRPD : 000009 of 000020

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

disciplined as a result of the incident made the basis of this suit? If Rodarte's employment has been terminated, please state all reasons therefor and provide the date his employment ended.

**ANSWER:**

**INTERROGATORY NO. 21:** Please explain the relationship between Miser Logistics, LLC, and Ego Express, Inc.

**ANSWER:**

**INTERROGATORY NO. 22:** Please explain the relationship between Miser Logistics, LLC, Super Ego Holding, LLC.

**ANSWER:**

**INTERROGATORY NO. 23:** Identify each person whom you expect to call as an expert witness at the trial of this action, state the subject matter on which the expert is expected to testify, state the substance of the findings and opinions to which the expert is expected to testify and a summary of the grounds for each opinion and, with respect to an expert whose findings and opinions were acquired in anticipation of litigation or for trial, summarize the qualifications of the expert, state the terms of the expert's compensation, and attach to your answers any available list of publications written by the expert and any written report made by the expert concerning the expert's findings and opinions.

**ANSWER:**

**INTERROGATORY NO. 24:** Explain and provide a supporting calculation for the manner in which Defendant Noah N. Rodarte was compensated at the time of the collision (i.e., the formula for payment by the hour, by the miles traveled, by the load, by commissions, by straight salary or explain any other method used), and state if Defendant Rodarte individually was compensated for the Run. If Defendant Rodarte was not compensated for the Run, please explain the reason.

Page **10** of **20**

IRPD : 000010 of 000020

Filed          25-CI-01607    09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

**ANSWER:**

**INTERROGATORY NO. 25:**  Do you contend that Plaintiffs Dorris H. Kelley and/or Darrelyn J. Kelley did anything to cause or contribute to cause the incident made the basis of this suit?

**ANSWER:**

**INTERROGATORY NO. 26:** Do you contend that any mechanical failure contributed to and/or caused the collision made the basis of this suit? If so, please explain.

**ANSWER:**

**INTERROGATORY NO. 27:** State each and every regulation set forth in the Federal Motor Carrier Safety Regulations violated by the commercial motor vehicle, Defendant Noah N. Rodarte, the owner of the Tractor, the owner of the Trailer, and/or the answering Defendant from the start of the Run through the point in time that the commercial truck was removed from the scene of the incident, explaining all factual detail known concerning the violation. If you believe that no regulation was violated, then answer this interrogatory by answering "none."

**ANSWER:**

**INTERROGATORY NO. 28:** Was a company investigation conducted with regard to the incident made the basis of this suit? List all individuals that participated in said investigation and the results thereof.

**ANSWER**:

**INTERROGATORY NO. 29:** Please state the name and address of any passengers in the vehicle driven by Noah N. Rodarte at the time of the incident made the basis of this suit.

**ANSWER**:

**INTERROGATORY NO. 30:** Identify each person, other than a person intended to be

Filed          25-CI-01607    09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

IRPD : 000011 of 000020

Filed    25-CI-01607    09/10/2025    Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT

09/25/2025 03:17:28 PM

88679

called as an expert witness at trial, having discoverable information that tends to support a position that you have taken or intend to take in this action, including any position relating to damages and state the subject matter of the information possessed by that person.

**ANSWER**:

**INTERROGATORY NO. 31:** Please identify the owner of the tractor and trailer driven by Rodarte at the time of this collision.

**ANSWER**:

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** Please produce any and all documents related or incidental to and/or reflecting the following:

  a)  Driver logs for Defendant Noah N. Rodarte for the six (6) months preceding the collision;

  b)  Defendant Rodarte's driver qualification file and all incident reports involving Defendant Rodarte;

  c)  All trip receipts and operational documents that could be used to conduct log audits and verify log accuracy;

  d)  All information contained in or retrieved from onboard data records (including ECM units, EDRs, or black boxes);

  e)  E-mail, text, and other communications between Defendant Rodarte and Defendant Miser Logistics, LLC and/or any dispatcher;

  f)  All maintenance records, pre-trip inspection reports, post-trip inspection reports, and annual inspection records filled out by Defendant Rodarte or otherwise relating to the

Page **12** of **20**

IRPD : 000012 of 000020

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

2023 International tractor-trailer involved in the collision;

g) Any documents evidencing method of payment made to Defendant Rodarte, including but not limited to payroll records, time cards, copies of checks, receipts, and/or tax documents;

h) Driver file materials for Defendant Rodarte, including but not limited to driver health, fitness, and medical documentation; employment/driving applications; background check results; drug screening results; driver conduct records; accident or damaged equipment reports; driver education and qualification records; disciplinary records; performance review records; and materials pertaining to the terms and conditions of his employment or contract with Defendant Miser Logistics, LLC;

i) All reports related or incidental to the subject collision and/or any injuries sustained in relation thereto;

j) Any and all operator handbooks, training manuals, and safety manuals that include policies and procedures for safe operation;

k) Any and all logbooks that Defendant Rodarte prepared during the one (1) year preceding the subject collision;

l) Any and all daily condition/inspection reports and maintenance/repair logs or records for the 2023 International tractor-trailer from May 26, 2024, through May 26, 2025;

m) Any and all dispatch records, weigh tickets, fuel receipts, fuel tax records, International Fuel Tax Agreement (IFTA) reports, IFTA records, and/or IFTA supporting documentation for the 2023 International tractor-trailer from April 26, 2024, through May 26, 2025;

n) Copies of all documents evidencing any Qualcomm, GPS, or other mobile

IRPD : 000013 of 000020

NOT ORIGINAL

09/25/2025 03:17:28

88679

communication or tracking system in the 2023 International tractor-trailer at the time of the collision, in addition to all data generated from such system(s), in whatever format it exists, for the one-year period ending May 26, 2025;

o)  Copies of all documentation evidencing the mobile telephone, internet, mobile device, text messaging, or other communicative devices provided to, owned by, and/or possessed by Defendant Rodarte, including documents reflecting those communication device accounts and/or charges, and documents reflecting all communication activities involving the device(s) for the thirty (30) day period ending May 26, 2025;

p)  DOT drug screen results of screening pertaining to or as a result of the subject collision; and/or

q)  Records evidencing all stops, pick-ups, and deliveries made or scheduled to be made for the 2023 International tractor-trailer from May 1, 2025, through May 26, 2025.

**RESPONSE:**

**REQUEST NO. 2:** Please produce all documents that you intend to use or offer as evidence in this action during any deposition, hearing, and/or the trial.

**RESPONSE:**

**REQUEST NO. 3:** Please produce all documents generated in connection with any investigation made by Miser Logistics, LLC into Noah N. Rodarte's employment records for the preceding three (3) years.

**RESPONSE:**

**REQUEST NO. 4:** Please produce the annual reviews of the driving record of Defendant Noah N. Rodarte.

Page **14** of **20**

IRPD : 00014 of 000020

Filed          25-CI-01607      09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:28 PM
88679

**RESPONSE:**

**REQUEST NO. 5:** Please produce Defendant Noah N. Rodarte's personnel file.

**RESPONSE:**

**REQUEST NO. 6:** Please produce Noah N. Rodarte's driving logs for the day the incident made the basis of this action occurred and six months prior to that date, along with the logs or hours of service records, all supportive documents including dispatch records, freight bills, toll tickets, fuel receipts and meal receipts.

**RESPONSE:**

**REQUEST NO. 7:** Please produce any and all documents reflecting inspection, repair, service and maintenance performed to the commercial truck driven by Noah N. Rodarte during the incident made the basis of this suit for a period of one year prior to and any time after May 26, 2025.

**RESPONSE:**

**REQUEST NO. 8:** Please produce any and all reports, writings, electronic mail and/or memos of investigations made regarding the incident made the basis of this suit.

**RESPONSE:**

**REQUEST NO. 9:** Please produce any and all photographs and/or video tapes of the vehicle(s), partis or incident scene related to this incident.

**RESPONSE:**

**REQUEST NO. 10:** Please produce a copy of any and all of your company policies, procedures, manuals or other literature regarding the safe operation of company vehicles.

**RESPONSE:**

**REQUEST NO. 11:** Please produce each and every document you intend to offer at the trial of this case.

IRPD : 000015 of 000020

Filed          25-CI-01607      09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

**RESPONSE:**

**REQUEST NO. 12:** Please produce a copy of all notifications of incidents in which Noah N. Rodarte's and/or any other driver employed by your company in the last ten years was involved.

**RESPONSE:**

**REQUEST NO. 13:** Please produce a copy of all payment schedules and payment records of your company to Noah N. Rodarte for the preceding five (5) years.

**RESPONSE:**

**REQUEST NO. 14:** Please produce a copy of each and every policy of insurance that you maintained at the time of the incident made the basis of this suit which may provide coverage to you for the allegations set forth in the Complaint.

**RESPONSE:**

**REQUEST NO. 15:** Please produce a copy of any statements taken from Plaintiffs and/or witness in your possession, following the incident that made the basis of this suit.

**RESPONSE:**

**REQUEST NO. 16:** Please produce a copy of any and all complaints regarding your company and/or any driver(s) employed by your company within the last ten years.

**RESPONSE:**

**REQUEST NO. 17:** Please produce a copy of any and all safety literature from your insurance company.

**RESPONSE:**

**REQUEST NO. 18:** Please produce a copy of any driver/employee manual, handbook, document, regulation, pamphlet, flyer or any other item which outlines, describes or otherwise identifies the duties and/or responsibilities of your employees which was in effect on the date of the

IRPD : 00016 of 000020

NOT ORIGINAL

09/25/2025 03:17:28

88679

DOCUMENT

PM

incident made the basis of this suit.

**RESPONSE:**

**REQUEST NO. 19:** Please produce a copy of all gas receipts, charge card receipts, hotel receipts and restaurant receipts of the driver, Noah N. Rodarte, for the six months preceding the incident made the basis of this suit.

**RESPONSE:**

**REQUEST NO. 20:** Please produce a copy of all contracts of employment between you and Noah N. Rodarte.

**RESPONSE:**

**REQUEST NO. 21:** Please produce the shipping invoice manifest or other documents reflecting the cargo or material being carried by the truck at the time of the incident made the basis if this suit.

**RESPONSE:**

**REQUEST NO. 22:** A complete copy of any and all files pertaining to workers' compensation and/or disability claims made and/or filed by Noah N. Rodarte or on his behalf, including but not limited to any and all records in your possession or under your control which relates to the payment of any such claims, correspondence, reports of injury, care, treatment, diagnosis or prognosis of any condition.

**RESPONSE:**

**REQUEST NO. 23:** Please produce any and all documents and/or data produced by an GPS (global positioning system) and/or equipment with any form of an on-board computer for which the vehicle driver by Noah N. Rodarte at the time of the incident made the basis of this suit was equipped with.

IRPD : 000017 of 000020

Filed                25-CI-01607        09/10/2025                Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL DOCUMENT
09/25/2025 03:17:28 PM
88679

**RESPONSE:**

**REQUEST NO. 24:** The curriculum vitae(s) of any and all experts which you intend to call at the trial of this matter.

**RESPONSE:**

**REQUEST NO. 25:** Please produce any all cellular phone records of Noah N. Rodarte for the week leading up to and including the incident made the basis of this suit.

**RESPONSE:**

**REQUEST NO. 26:** With respect to those expert witnesses whom you intend to use at trial of this action, please produce the expert's entire file pertaining to this proceeding, including but not limited to things reviewed or studied by the expert in the formulation of any opinion to be offered at trial, any and all of such expert witnesses notes, correspondences to and from the said expert pertaining to this action, memoranda to or from the said expert, and/or reports of said expert witnesses pertaining hereto.

**RESPONSE:**

**REQUEST NO. 27:** Please produce any and all images, recordings, photographs, videotapes, and/or movies that have been taken by you or obtained by you or anyone acting on your behalf, including attorneys, agents, employees, and/or representatives of the Defendants, of Plaintiffs Dorris H. Kelley and Darrelyn J. Kelley.

**RESPONSE:**

**REQUEST NO. 28:** Please produce any and all statements, written or verbal, recorded interviews, letters, written opinions, or reports of any kind, that any Defendant or employee or agent thereof has given in regard to the subject collision.

**RESPONSE:**

Page **18** of **20**

IRPD : 000018 of 000020

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

**REQUEST NO. 29:** Please produce all documents identified in response to Plaintiffs' interrogatories.

**RESPONSE:**

**REQUEST NO. 30:** Please produce any and all documents related to the tractor/trailer or commercial truck driven by Defendant Noah N. Rodarte at the time of this incident, including, but not limited to, the title, owner's manual, operator's manual, and any maintenance and repair records.

**RESPONSE:**

**REQUEST NO. 31:** Please produce any and all bills of lading or other documents describing the load packaged in the trailer prior to the incident.

**RESPONSE:**

**REQUEST NO. 32:** Please produce a copy of all contracts, leases, or other agreements in effect on the date of the collision for the tractor and trailer involved in the collision.

**RESPONSE:**

**REQUEST NO. 33:** Please produce any and all correspondence and/or agreements between Ego Express, Inc., and Miser Logistics, LLC, concerning Noah Roadarte, the tractor involved in the collision, the trailer involved in the collision, and/or the collision itself.

**RESPONSE:**

**REQUEST NO. 34:** Please produce any and all correspondence and/or agreements between Ego Express, Inc., and Super Ego Holding, LLC, concerning Noah Roadarte, the tractor involved in this collision, the trailer involved in the collision, and/or the collision itself.

**RESPONSE:**

IRPD : 000019 of 000020

Filed          25-CI-01607     09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:28
PM
88679

Respectfully submitted,

*/s/ Jonathan B. Fannin*
Jonathan B. Fannin, Esq.
Carl W. Walter II, Esq.
**MINNER VINES INJURY LAWYERS PLLC**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Facsimile: (859) 550-2902
Email: jonathan@mvmlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system and served same via US First Class Mail and/or electronic mail to the following:

Miser Logistics, LLC
c/o Milan Virijevic
655 Metro Place South, Suite 634
Dublin, Ohio 43017
*Defendant*

*Courtesy copy to:*

Jeri B. Poppe, Esq.
Don K. Brown Law PSC
13102 Eastpoint Park Boulevard, Suite 200
Louisville, Kentucky 40223

*/s/ Jonathan B. Fannin*
Jonathan B. Fannin, Esq.

Page **20** of **20**

IRPD : 000020 of 000020

Filed          25-CI-01607          09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:34
PM
88679

**COMMONWEALTH OF KENTUCKY**
**HARDIN CIRCUIT COURT**
**DIVISION 3**
**CIVIL ACTION NO.: 25-CI-01607**

*Electronically Filed*

| | |
|---|---|
| DORRIS H. KELLEY and DARRELYN J. KELLEY | PLAINTIFFS |
| v. | |
| NOAH N. RODARTE, et al. | DEFENDANTS |

---

**PLAINTIFFS' NOTICE OF SERVICE**

---

**PLEASE TAKE NOTICE** that the following documents have been served on behalf of the Plaintiffs, Dorris H. Kelley and Darrelyn J. Kelley, on this the 10th day of September, 2025:

- **Plaintiffs Dorris H. Kelley and Darrelyn J. Kelley's First Set of Interrogatories and Requests for Production of Documents Propounded on Defendant Miser Logistics, LLC**

Respectfully submitted,

*/s/ Jonathan B. Fannin*
Jonathan B. Fannin, Esq.
Carl W. Walter II, Esq.
**MINNER VINES INJURY LAWYERS PLLC**
325 West Main Street, Suite 210
Lexington, Kentucky 40507
Telephone: (859) 550-2900
Facsimile: (859) 550-2902
Email: jonathan@mvmlaw.com
*Counsel for Plaintiffs*

NO : 000001 of 000002

Filed          25-CI-01607          09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

Filed          25-CI-01607     09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

NOT ORIGINAL
DOCUMENT
09/25/2025 03:17:34
PM
88679

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the electronic filing system and served same via US First Class Mail and/or electronic mail to the following:

Jeri B. Poppe, Esq.
Don K. Brown Law PSC
13102 Eastpoint Park Boulevard, Suite 200
Louisville, Kentucky 40223

Miser Logistics, LLC
c/o Milan Virijevic
655 Metro Place South, Suite 634
Dublin, Ohio 43017
*Defendant*

Noah N. Rodarte
5657 Arlington Avenue
Riverside, California 92504
*Defendant*

/s/ Jonathan B. Fannin
Jonathan B. Fannin, Esq.

NO : 000002 of 000002

Filed          25-CI-01607     09/10/2025          Deanna Simcoe, Hardin Circuit Clerk

CASE NO. 25-CI-001607

HARDIN CIRCUIT COURT
DIVISION THREE (3)
JUDGE LARRY ASHLOCK
*ELECTRONICALLY FILED*

DORRIS H. KELLEY
and
DARRELYN J. KELLEY

PLAINTIFFS

v.                                      **ANSWER**

NOAH N. RODARTE
and
MISER LOGISTICS, LLC

DEFENDANTS

\* \* \* \* \*

Now comes Defendants, Noah Cook (incorrectly identified in the Complaint as Noah Rodarte) and Miser Logistics, LLC, by counsel, and for their Answer to the Complaint, states as follows:

1.      The Complaint fails to state a cause of action upon which relief can be granted.

2.      That these answering Defendants lack sufficient information to either admit or deny the allegations contained in paragraphs 1, 2, 5, 9, 10, 11, 12, 15, 16, 17, 18, and 19 of the Complaint and therefore deny same.

3.      That paragraphs 3, 4, 6, 21, and 23 of the Complaint require and/or request a legal opinion and/or conclusion which these answering Defendants are not legally obligated to render and therefore deny same.

4.      That paragraphs 7, 13, 14, 22, 24 through 28, 30, 32, and 33 are denied.

1

5.    That in response to paragraphs 8, 20, 29, and 31 of the Complaint, these answering Defendants adopt, reiterate and reallege all previous answers and affirmative defenses as if fully rewritten herein.

6.    All allegations not specifically admitted are denied.

7.    That these answering Defendants affirmatively plead comparative and/or contributory negligence on behalf of the Plaintiffs, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

8.    That these answering Defendants affirmatively plead comparative and/or contributory negligence on behalf of third parties not under their control, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

9.    That these answering Defendants affirmatively plead intervening and/or superseding causes and/or events, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

10.    That these answering Defendants affirmatively plead KRS 189 *et seq* as a complete or partial bar to the allegations.  To the extent that discovery is

2

just beginning, Defendants agree to alter or amend this affirmative defense consistent with the proof developed throughout discovery.

11.    That these answering Defendants affirmatively plead KRS 304.39 *et seq* as a complete or partial bar to the allegations.  To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

12.    That these answering Defendants affirmatively plead all defenses pursuant to CR 8 and 12, which may apply to the within matter, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

13.    That these answering Defendants affirmatively plead CR 15 and reserve their right to amend all pleadings and defenses, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, these answering Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

14.    That the actions of the Defendants were secondary and/or passive in nature to the actions of others, thereby constituting a complete or partial bar to the allegations.  To the extent that discovery is just beginning, these answering Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

15.    That these answering Defendants affirmatively plead Plaintiffs' failure to mitigate alleged damages, if any, thereby constituting a complete or

3

partial bar to the allegations. To the extent that discovery is just beginning, Defendants agree to supplement and/or amend this affirmative defense consistent with the proof developed throughout discovery.

**WHEREFORE** the Noah Cook and Miser Logistics, LLC, demand:

1. That the Complaint be dismissed;

2. Costs expended herein;

3. Trial by jury;

4. For any and all other relief to which they may appear properly entitled.

Respectfully submitted,

**DON K. BROWN, PSC**

/s/ *Jeri Barclay Poppe*
JERI BARCLAY POPPE
ANNIE BOWER BROWN
13102 Eastpoint Park Blvd., Ste. 200
Louisville, Kentucky 40223
(502) 588-9000
jpoppe@donkbrownlaw.com
abrown@donkbrownlaw.com
*Counsel for Defendants*
*Noah N. Rodarte and Miser Logistics, LLC*

4

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was electronically filed and served upon the following on September 25, 2025:

Jonathan B. Fannin
Carl W. Walter, II
Minner Vines Injury Lawyers, PLLC
325 West Main Street, Suite 210
Lexington, KY 40507
(859) 550-2900
jonathan@mvmlaw.com
carl@mvmlaw.com
*Counsel for Plaintiffs*

*/s/ Jeri Barclay Poppe*
JERI BARCLAY POPPE
ANNIE BOWER BROWN

L:\Active\25-0702dkb\Pleadings\Answer.docx

5