UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00628-GNS-LLK

DORRIS H. KELLEY; and
DARRELYN J. KELLEY                                                      PLAINTIFFS

v.

NOAH H. RODARTE et al.                                                  DEFENDANTS

## ORDER

On May 12, 2026, the Court issued an order directing: (i) Defendant Miser Logistics, LLC ("Miser Logistics") to file its disclosure statement pursuant to Fed. R. Civ. P. 7.1 by May 19, 2026; and (ii) Miser Logistics and Defendant Noah Rodarte ("Rodarte") to show cause by May 26, 2026, why this matter should not be remanded due to lack of subject matter jurisdiction. (Order 3-4, DN 27. Neither Mister Logistics nor Rodarte has complied with that order.

Accordingly, because the record does not show that this Court has subject matter jurisdiction, **IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Hardin Circuit Court. The Clerk shall strike this matter from the active docket.

**Greg N. Stivers, Judge**
**United States District Court**
May 27, 2026

cc:     counsel of record
        Clerk, Hardin Circuit Court (Civil Action No. 25-CI-01607)